IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COOPER BAUCK CORP,

    Plaintiff,

v.

DOLBY LABORATORIES, INC. ET AL,

    Defendants.

No. C 06-04523 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on August 7, 2006 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: August 9, 2006

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom