John L. Cooper (State Bar No. 050324)
Andrew Leibnitz (State Bar No. 184723)
Laura C. Roche (State Bar No. 174596)
Lucas Huizar (State Bar No. 227111)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
www.fbm.com

Attorneys for Defendant
DOLBY LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER BAUCK CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>DOLBY LABORATORIES, INC.; DENON ELECTRONICS (USA), LLC; and ABT ELECTRONICS, INC.,<br><br>Defendants. | Civil Action No. C 06-04523 JSW (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DOLBY'S MOTION TO PROHIBIT DEPOSITION OF RAY DOLBY AND STAY THIRD PARTY DISCOVERY FROM DOLBY'S CUSTOMERS** |

WHEREAS, Defendant Dolby Laboratories, Inc. ("Dolby") filed a "Letter Brief Regarding Deposition of Ray Dolby and Third Party Discovery" on August 9, 2006, which Judge White referred to Magistrate Judge Chen for disposition; and

WHEREAS, the parties have met and conferred regarding establishment of a jointly acceptable briefing schedule;

IT IS HEREBY STIPULATED, SUBJECT TO THE COURT'S APPROVAL, THAT:

The briefing and hearing regarding Dolby's Motion will proceed as follows:

STIPULATION RE: BRIEFING SCHEDULE
Case No. C 06-04523 JSW (EMC)

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

20534\1034479.1

| Event | Date |
|---|---|
| Dolby's Motion Due | Wednesday, August 23, 2006 |
| Cooper Bauck's Opposition Due | Monday, September 11, 2006 |
| Dolby's Reply Due | Wednesday, September 20, 2006 |
| Hearing | Wednesday, October 4, 2006 |

The deposition of Ray Dolby will not go forward pending resolution of Dolby's Motion. Likewise, Cooper Bauck will not seek to compel any third party discovery from Dolby's customers pending resolution of Dolby's Motion, absent leave from this Court.

Cooper Bauck respectfully requests permission to appear at the Hearing on October 4th by telephone. Dolby's counsel intends to appear in person. Cooper Bauck's counsel, Welsh & Katz, Ltd., stipulates to this Order but is unable to sign because it is not yet admitted to this Court.

Dated: August 11, 2006              FARELLA BRAUN & MARTEL LLP


                                    By:_____/s/_____
                                         Andrew Leibnitz

                                    Attorneys for Defendant
                                    DOLBY LABORATORIES, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED this __16th__ day of August, 2006.

_____
Honorable Edward Chen
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE: BRIEFING SCHEDULE
Case No. C 06-04523 JSW (EMC)      - 2 -                        20534\1034479.1