John L. Cooper (State Bar No. 050324)
Andrew Leibnitz (State Bar No. 184723)
Laura C. Roche (State Bar No. 174596)
Lucas Huizar (State Bar No. 227111)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
www.fbm.com

CHAMBERS COPY

Attorneys for Defendant
DOLBY LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER BAUCK CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>DOLBY LABORATORIES, INC.;<br>DENON ELECTRONICS (USA), LLC;<br>and ABT ELECTRONICS, INC.,<br><br>Defendants. | Case No. 3:06-CV-04523-JSW (EMC)<br><br>[PROPOSED] ORDER GRANTING DOLBY LABORATORIES, INC.'S EX PARTE APPPLICATION TO FILE UNDER SEAL [UNREDACTED VERSION] DOLBY LABORATORIES, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO STAY THIRD PARTY DISCOVERY; EXHIBIT A TO DECLARATION OF LAURA C. ROCHE IN SUPPORT THEREOF<br><br>Date: October 4, 2006<br>Time: 10:30 a.m.<br>Place: Courtroom C<br>15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

Dolby's Application to File Certain Documents Under Seal is GRANTED, and Dolby may file portions of the following documents under seal:

1. **[UNREDACTED VERSION] DOLBY LABORATORIES, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO STAY THIRD PARTY DISCOVERY;**

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER
CASE NO. 06-04523 JSW (EMC)

- 1 -

20534\1043448.1

1  2.  EXHIBIT A TO DECLARATION OF LAURA C. ROCHE IN SUPPORT

2  THEREOF

4  IT IS SO ORDERED.

6  DATED: SEPT. 19, 2006

       HONORABLE ~~JEFFREY S. WHITE~~
                  EDWARD M. CHEN

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER
CASE NO. 06-04523 JSW (EMC)

- 2 -

20534\1043448.1