UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER BAUCK CORP., <br><br> Plaintiff, <br><br> vs. <br><br> DOLBY LABORATORIES, INC.; DENON ELECTRONICS (USA), LLC; and ABT ELECTRONICS, INC., <br><br> Defendants. | Civil Action No. C 06-4523 JSW <br><br> [PROPOSED] ORDER GRANTING DOLBY LABORATORIES, INC.'S EX PARTE APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL |

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

Dolby's Application to File Certain Documents Under Seal is GRANTED, and Dolby may file the following documents under seal:

//

//

//

//

[Proposed] ORDER GRANTING DOLBY'S
EX PARTE APPLICATION TO FILE UNDER
SEAL / Case No. C 06-4523 JSW

20534\1031929.1

1   UNREDACTED version of Letter Brief Regarding Deposition of Ray Dolby and Third
2   Party Discovery.
3       IT IS SO ORDERED.

5   DATED: SEPT. 19, 2006

        _____
        Honorable ~~Jeffrey S. White~~
                  EDWARD M. CHEN

[Proposed] ORDER GRANTING DOLBY'S
EX PARTE APPLICATION TO FILE UNDER      - 2 -                    20534\1031929.1
SEAL / Case No. C 06-4523 JSW