John L. Cooper (State Bar No. 050324)
Andrew Leibnitz (State Bar No. 184723)
Laura C. Roche (State Bar No. 174596)
Lucas Huizar (State Bar No. 227111)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
www.fbm.com

Attorneys for Defendant
DOLBY LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER BAUCK CORP., <br><br> Plaintiff, <br><br> vs. <br><br> DOLBY LABORATORIES, INC.; DENON ELECTRONICS (USA), LLC; and ABT ELECTRONICS, INC., <br><br> Defendants. | Case No. 3:06-CV-04523-JSW (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE ON DOLBY'S MOTION TO PROHIBIT DEPOSITION OF RAY DOLBY AND STAY THIRD PARTY DISCOVERY FROM DOLBY'S CUSTOMERS** |

WHEREAS, Defendant Dolby Laboratories, Inc. ("Dolby") filed a "Letter Brief Regarding Deposition of Ray Dolby and Third Party Discovery" on August 9, 2006, which Judge White referred to Magistrate Judge Chen for disposition; and

WHEREAS, the parties previously stipulated to the establishment of a jointly acceptable briefing schedule, which was entered by Order of this Court dated August 16, 2006;

WHEREAS, due to an unavoidable conflict in Dolby's counsel's schedule, Dolby now seeks, and Cooper Bauck does not oppose, re-setting the hearing date from October 4, 2006 to October 25, 2006;

WHEREAS, the date by which Dolby will file its reply brief now has been extended to September, 25, 2006;

IT IS HEREBY STIPULATED, SUBJECT TO THE COURT'S APPROVAL, THAT:

The hearing on Dolby's Motion will be heard at 10:30 a.m. on October 25, 2006.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE: HEARING SCHEDULE
CASE NO. 3:06-CV-04523-JSW (EMC)

20534\1067824.1

1  Cooper Bauck's trial counsel from Chicago, Illinois is granted permission to appear at the
2  hearing on October 25th by telephone. Dolby's counsel intends to appear in person.

4  Dated: September 20, 2006              FARELLA BRAUN & MARTEL LLP

6                                          By: _____/s/_____
                                               Andrew Leibnitz

8                                          Attorneys for Defendant
                                           DOLBY LABORATORIES, INC.

10                                         By: _____/s/_____
                                               Robert Becker

12                                         Attorney for Plaintiff
                                           COOPER BAUCK CORP.

15  PURSUANT TO STIPULATION, IT IS SO ORDERED this __20th__ day of September,
16  2006.

                                    _____
                                    Honorable Edward Chen
                                    United States Magistrate Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

---

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE: HEARING SCHEDULE
CASE NO. 3:06-CV-04523-JSW (EMC)       - 2 -                                    20534\1067824.1