United States District Court

For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    COOPER BAUCK CORP,

10          Plaintiff,                              No. C 06-04523 JSW

11    v.

12    DOLBY LABORATORIES, INC. ET AL,        **ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE**

13          Defendants.

                                        /

14

15          On October 30, 2006, the parties filed a Proposed Stipulated Protective Order.  Upon

16    review of the proposed order, the Court finds that paragraph 20 of the proposed order regarding

17    the filing of documents with the Court under seal does not comply with the Civil Local Rules.

18    *See* Civ. L. R. 79-5.  The Stipulated Protective Order is DENIED without prejudice; upon

19    redrafting the offending section, the parties may submit the order for the Court's approval.

20

21          **IT IS SO ORDERED.**

22

23    Dated:  October 31, 2006                    _____

24                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

25

26

27

28