**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COOPER BAUCK CORP,

    Plaintiff,

    v.

DOLBY LABORATORIES, INC. ET AL,

    Defendants.
_____/

No. C 06-04523 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE**

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 and the consent of the parties, this matter is referred to Magistrate Judge Joseph Spero to conduct a settlement conference by no later than April 27, 2007, if possible.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:  October 31, 2006

                                                                        JEFFREY S. WHITE
                                                                       UNITED STATES DISTRICT JUDGE

cc: Wings Hom