Joseph E. Cwik
*Pro Hac Vice*
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

Robert D. Becker
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiff, COOPER BAUCK CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COOPER BAUCK CORP., <br><br> Plaintiff, <br><br> vs. <br><br> DOLBY LABORATORIES, INC. et al., <br><br> Defendants. | No. 3:06-CV-04523-JSW (EMC) <br><br> **STIPULATION TO MODIFY CLAIM CONSTRUCTION SCHEDULE THAT DOES NOT CHANGE THE COURTS' CLAIM CONSTRUCTION HEARING OR TUTORIAL DATES** |

On November 2, 2006, the parties agreed in principle to settle this case. In order to permit the parties to focus their efforts on finalizing the settlement of this matter, the parties hereby stipulate to modifying the Court's claim construction schedule in a way that does not change the Court's claim construction hearing or tutorial dates. The parties have stipulated to the following new schedule:

WELSH & KATZ, LTD.
ATTORNEYS AT LAW
CHICAGO

1

| Old Date | New Date | Event |
|---|---|---|
| 11/13/06 | 11/27/06 | Disclosure of Asserted Claims and Preliminary Infringement Contentions |
| 12/28/06 | 1/11/07 | Preliminary Invalidity Contentions |
| 1/11/07 | 1/25/07 | Exchange of proposed terms and claim elements for construction |
| 1/31/07 | 2/15/07 | Exchange of claim constructions and extrinsic evidence |
| 2/26/07 | 3/5/07 | Joint claim construction statement filed |
| 3/28/07 | same | Close of claim-construction discovery |
| 4/12/07 | same | Rule 4-5(a) claim-construction brief filed; |
| 4/26/07 | same | Rule 4-5(b) claim-construction brief filed; |
| 5/3/07 | same | Rule 4-5(c) reply claim-construction brief filed |
| 5/15/07 | same | Tutorial |
| 5/22/07 | same | Claim Construction hearing |

WELSH & KATZ, LTD.
ATTORNEYS AT LAW
CHICAGO

| | |
|---|---|
| /s/ Joseph E. Cwik | /s/ Andrew Leibnitz |
| A. Sidney Katz<br>James A. Scheer<br>Joseph E. Cwik (admitted *pro hac vice*)<br>Welsh & Katz, Ltd.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL 60606<br>Telephone (312) 655-1500<br>Facsimile (312) 655-1501<br><br>Attorneys for Plaintiff Cooper Bauck<br>Corporation | John L. Cooper<br>Andrew Leibnitz<br>Lucas Huizar<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 30th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendants<br>Dolby Laboratories, Inc. and Abt<br>Electronics, Inc. |
| /s/ Bradley J. Hulbert | |
| Bradley J. Hulbert (admitted *pro hac vice*)<br>Jennifer M. Kurcz (admitted *pro hac vice*)<br>McDonnell, Boehnen, Hulbert & Berghoff, Ltd.<br>300 South Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone (312) 913-0001<br><br>Attorneys for Defendant<br>Denon Electronics (USA), LLC | |

Dated:  November 13, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Jeffrey S. White
NORTHERN DISTRICT OF CALIFORNIA

by Honorable Phyllis J. Hamilton