UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER BAUCK CORP., | Civil Action No. C – 06-04523 JSW (EMC) |
| Plaintiff, | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| vs. | **AND ORDER THEREON** |
| DOLBY LABORATORIES, INC.; DENON ELECTRONICS (USA), LLC; and ABT ELECTRONICS, INC., | |
| Defendants. | |

Plaintiff Cooper Bauck Corp. and defendants Dolby Laboratories, Inc., Abt Electronics, Inc. and Denon Electronics (USA), LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing this action with regard to the claims in their entirety WITH PREJUDICE.

///

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE

20534\1146034.1

The parties stipulate that each party should bear its own costs, expenses and attorneys' fees (except to the extent agreed upon amongst defendants).

Respectfully submitted,

DATED: January 10, 2007

_____/s/_____
A. Sidney Katz
James A. Scheer
Joseph E. Cwik
Welsh & Katz, Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
Telephone (312) 655-1500
Facsimile (312) 655-1501

Attorneys for Plaintiff
Cooper Bauck Corporation

DATED: January 8, 2007

_____/s/_____
Andrew Leibnitz (State Bar No. 184723)
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
Dolby Laboratories, Inc.

DATED: January 8, 2007

_____/S/_____
Bradley J. Hulbert
George I. Lee
Jennifer M. Kurcz
Marcia M. E. Ireland
McDonnell, Boehnen, Hulbert & Berghoff, Ltd.
300 South Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 913-0001

Attorneys for Defendant
Denon Electronics (USA), LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE

- 2 -

20534\1146034.1

1  DATED: January 8, 2007

3  _____/S/_____
   James P. Muraff
   Neal Gerber Eisenberg LLP
4  Two North LaSalle Street
   Suite 2200
5  Chicago, Illinois 60602-3801 Chicago, IL 60606
   Telephone: (312) 269-8000
6  Facsimile: (312) 269-1747

7  Attorneys for Defendant
   Abt Electronics, Inc.

## **ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff Cooper Bauck in this case and, the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Plaintiff, Cooper Bauck Corp. and Defendants Dolby Laboratories, Inc., Abt Electronics, Inc., and Denon Electronics (USA) LLC are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims.

///

1  It is further ORDERED that, except to the extent otherwise agreed upon between
2  defendants, all attorneys' fees and costs are to be borne by the party that incurred them.
3  SIGNED this __10__ day of January, 2007.

_____
Hon. Jeffrey S. White
United States District Court